# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**                                                                     Tel: 718-740-1000
Email: abdul@abdulhassan.com                                                         Fax: 718-740-2000
*Employment and Labor Lawyer*                                                  Web: www.abdulhassan.com

June 6, 2022

**Via ECF**

Hon. Jesse M. Furman, USDJ
United States District Court, SDNY
40 Foley Square
New York, NY 10007
Tel:  212-805-0282

<u>Re: Akhter v. Compass Group USA, Inc.</u>
Case No.  22-CV-02194 (JMF)(GWG)
Motion for Extension of Time

Dear Judge Furman:

  My firm represents Plaintiff in the above-referenced action, and I respectfully write with the consent of opposing counsel, to request a 30-day extension of the deadline for Plaintiff to file her opposition to Defendant's motion to July 6, 2022. An adjournment of the deadline for Defendant to file a reply to August 5, 2022, is also requested. No prior request for an extension of these deadlines was made.

  We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc:**   Defense Counsel via ECF

---

Application GRANTED *nunc pro tunc*.  Plaintiff's deadline to oppose Defendant's motion is extended to July 6, 2022, and Defendant's deadline to reply is extended to August 5, 2022. The initial pretrial conference currently scheduled for June 29, 2022, is hereby ADJOURNED to **August 8, 2022**, at **4:30 p.m.** The Clerk of Court is directed to terminate ECF No. 18.

SO ORDERED.

*[signature]*

June 7, 2022

1