UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RUMA AKHTER,

                Plaintiff,                          22-CV-2194 (JMF)

       -v-                                        ORDER

COMPASS GROUP USA INC.,

                Defendant.
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of the pending motion to compel arbitration, *see* ECF No. 14, the initial pretrial conference currently scheduled for August 8, 2022, is hereby ADJOURNED *sine die*.

      SO ORDERED.

Dated: August 1, 2022
       New York, New York
                                                       JESSE M. FURMAN
                                           United States District Judge