UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
                                                    :
RUMA AKHTER,                                         :
                                                    :
                                  Plaintiff,        :          22-CV-2194 (JMF)
                                                    :
             -v-                                    :               ORDER
                                                    :
COMPASS GROUP USA, INC.,                             :
                                                    :
                                  Defendant.        :
                                                    :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On September 30, 2022, the Court granted Defendant's motion to compel arbitration.  *See* ECF No. 32.  Plaintiff timely filed a motion for reconsideration.  *See* ECF No. 33.  Defendant has not yet submitted an opposition to this motion, which was due by October 28, 2022.  *See* Local Civ. R. 6.1(b).  As a courtesy, Defendant's deadline to oppose the motion is hereby EXTENDED, *nunc pro tunc*, to **November 4, 2022**.  Failure to abide by this deadline will result in Plaintiff's motion being deemed unopposed.

SO ORDERED.

Dated: November 1, 2022
       New York, New York
                                                    _____
                                                    JESSE M. FURMAN
                                                    United States District Judge